Alex Cha, Esq. (SBN 208051)
alex@alexchalaw.com
LAW OFFICES OF ALEX CHA & ASSOCIATES
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017
Tel: (213) 351-3513
Fax: (213) 351-3514

Attorneys for Plaintiff
BLUPRINT CLOTHING CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation;<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>POTPOURRI GROUP, INC., a Massachusetts corporation, doing business as SERENGETI; and DOES 1 through 10,<br>　　　　　　　Defendants. | Case No.: 2:23-cv-04230-HDV<br><br>**NOTICE OF SETTLEMENT** |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing the Settlement Agreement and the Notice of Dismissal with Prejudice. The parties intend to file the Notice of Dismissal with Prejudice as soon as practical but respectfully requests 30 days to file the Dismissal.

DATED: September 13, 2024

　　　　　　　　　　　LAW OFFICES OF ALEX CHA & ASSOCIATES
　　　　　　　　　By:　/s/ Alex Cha
　　　　　　　　　　　Alex Cha, Esq.
　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　BLUPRINT CLOTHING CORP.