Alex M. Cha, Esq. (Bar No. 208051)
Email: alex@alexchalaw.com
LAW OFFICES OF ALEX CHA & ASSOCIATES
707 Wilshire Blvd. 46th Floor
Los Angeles, CA 90017
Tel. (213) 351-3513, Fax (213) 351-3514

Attorneys for Plaintiff BLUPRING CLOTHING CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POTPOURRI GROUP, INC., a Massachusetts corporation, doing business as SERENGETI; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-04230-HDV<br><br>**Stipulation of Dismissal With Prejudice**<br><br>Judge:   Hon. Hernan D. Vera |

Plaintiff Bluprint Clothing Corp. ("Bluprint" or "Plaintiff") and Defendant Potpourri Group, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41 and a settlement agreement executed by the parties, stipulate and agree to dismiss this action in its entirety **with prejudice**, with each party bearing its own costs.

| | | |
|---|---|---|
| 1 | DATED: October 11, 2024 | Law Offices of Alex Cha & Associates |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Alex Cha |
| 5 | | Alex M. Cha<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | DATED: October 11, 2024 | IANDIORIO TESKA & COLEMAN, LLP |
| 8 | | |
| 9 | | |
| 10 | | By:  /s/ Kirk Teska |
| 11 | | Kirk Teska<br>Attorneys for Defendant Potpourri Group Inc. |

21213845.1

2
Stipulation of Dismissal With Prejudice

**L.R. 5-4.3.4(a)(2)(i) Certification**

I certify that all signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

DATED: October 11, 2024

By:    /s/ Alex Cha
LAW OFFICES OF ALEX CHA & ASSOCIATES
Alex M. Cha

Attorneys for Plaintiff