JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POTPOURRI GROUP, INC., a Massachusetts corporation, doing business as SERENGETI; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:23-cv-04230-HDV<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge: Hon. Hernan D. Vera |

　　Pursuant to the Parties' stipulation, IT IS ORDERED that this action is dismissed in its entirety **with prejudice**, with each party bearing its own costs.

Dated: 10/15/24

　　　　　　　　　　　　　　　　　　　　　Hon. Hernan D. Vera
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court